## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Ivan Tellez** | CASE INFORMATION: |
| | |
| JUVENILE: No | RELATED COMPLAINT: |
| PUBLIC or SEALED  Public | CASE NUMBER: |
| SERVICE TYPE:  Warrant | |
| (Summons/ Warrant/ Notice) | |
| ISSUE:  Yes | County of Offense:  **Canyon** |
| INTERPRETER:  Yes | |
| If YES, language:  Spanish | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

| | | |
|---|---|---|
| Felony: | **Yes** | Class A Misdemeanor:  **No** |
| | | Class B or C Misdemeanor:  **No** |
| | | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1955** | **ONE** | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |

Date:  10/15/25

Assistant U.S. Attorney:  KELSEY A. MANWEILER

Telephone No.:  (208) 334-1211