AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:25-mj-00263-DKG |
| **IVAN TELLEZ** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 1 5 2025

## ARREST WARRANT

RECEIVED

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   IVAN TELLEZ                                                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date:     10/15/2025

*Issuing officer's signature*

City and state:    Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   10.15.2025   , and the person was arrested on *(date)*   10.19.2025 |
| at *(city and state)*   Wilder, ID   . |

Date:    10.19.2025

*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  IVAN TELLEZ

Known aliases:

Last known residence:  27410 Peckham Rd, Wilder, Idaho 83676

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:  10/27/1987

Social Security number:  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

Height:                                          Weight:

Sex:  Male                                     Race:

Hair:                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

Complete description of auto:

FBI number:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: