AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>Alejandro Torres Estrada<br><br>Defendant | ) ) ) ) ) ) ) | Case No.  1:25-mj-00267-DKG |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 15 2025

RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alejandro Torres Estrada

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date: 10/15/2025

*Issuing officer's signature*

City and state: Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10.15.2025 , and the person was arrested on *(date)* 10.19.2025
at *(city and state)* Wilder, ID

Date: 10.19.2025

TMC
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Alejandro Torres Estrada

Known aliases:

Last known residence: 1107 N Elizabeth Street, Milton Freewater, OR 97862

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Mexico

Date of birth: 02/26/1969

Social Security number:

Height: _____ Weight: _____

Sex: Male               Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: