# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Cesar Iniguez Orozco** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: |
| PUBLIC or SEALED  Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Canyon** |
| INTERPRETER: Yes | |
| If YES, language: Spanish | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: **Yes**          Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1955** | **ONE** | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |

Date:          10/15/25          Assistant U.S. Attorney:   KELSEY A. MANWEILER

Telephone No.:   (208) 334-1211