# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Ivan Tellez** | CASE INFORMATION: **CR 25-0291-SAKB** |
| JUVENILE: No | RELATED COMPLAINT: Yes |
| PUBLIC or SEALED: Public | CASE NUMBER: 1:24-mj-00263-DKG |
| SERVICE TYPE: Notice | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Canyon** |
| INTERPRETER: Yes | |
| If YES, language: Spanish | |

*U.S. COURTS — OCT 21 2025 — Rcvd____Filed____Time____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | |
|---|---|
| Felony: **Yes** | Class A Misdemeanor: **No** |
| | Class B or C Misdemeanor: **No** |
| | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1955 | ONE | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 1084 | TWO | **Transmission of Wagering Information** | **Up to 2 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 981(a)(1)(C) and 1955(d) and 28 U.S.C. §2461 | FORFEITURE ALLEGATION | **Criminal Forfeiture** | **Forfeiture of Listed Property** |

Date:    21 October 2025

Assistant U.S. Attorney:    KELSEY A. MANWEILER

Telephone No.:    (208) 334-1211