# AMENDED CRIMINAL COVERSHEET

| DEFENDANT'S NAME: **Cesar Iniguez Orozco** | CASE INFORMATION: |
|---|---|
| JUVENILE: No | RELATED COMPLAINT: Yes |
| PUBLIC or SEALED Public | CASE NUMBER: 1:24-mj-00266-DKG |
| SERVICE TYPE: Notice | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Canyon** |
| INTERPRETER: Yes | |
| If YES, language: Spanish | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| Felony: | **Yes** | Class A Misdemeanor: | **No** |
|---|---|---|---|
| | | Class B or C Misdemeanor: | **No** |
| | | (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1955** | **ONE** | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| **18 U.S.C. § 981(a)(1)(C) and 1955(d) and 28 U.S.C. §2461** | **FORFEITURE ALLEGATION** | **Criminal Forfeiture** | **Forfeiture of Listed Property** |

Date: 21 October 2025  
Assistant U.S. Attorney: KELSEY A. MANWEILER  
Telephone No.: (208) 334-1211