BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KELSEY MANWEILER, IDAHO STATE BAR NO. 10604
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> DAYANA FAJARADO, <br><br> Defendant. | Case No. 1:25-cr-00291-AKB <br><br> ADDITIONAL FACTS IN SUPPORT OF UNITED STATES' MOTION FOR DETENTION |

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States requests that the Defendant be detained pending trial and proffers the additional facts in support of its Motion for Detention filed in 1:25-mj-00265-DKG, ECF No. 5.

**ADDITIONAL FACTUAL BACKGROUND**

During her arrest, Defendant was non-compliant with law enforcement. During the execution of federal warrants, including an arrest warrant for Defendant, law enforcement spotted Defendant. Upon approach they identified themselves, told her to stop moving, and to put her hands up. She ignored commands and gave them the middle finger. She then ran towards a portable restroom and barricaded herself inside. Officers issued commands for her to exit the bathroom, and she continued

ADDITIONAL FACTS IN SUPPORT OF UNITED STATES' MOTION FOR DETENTION - 1

to disobey lawful commands. Eventually, officers were able to pull the door open, at which point Defendant braced her hands and feet against the side of the restroom to prevent being pulled out. A struggle ensued and defendant continued to resist. It took three officers to detain her. During the struggle to handcuff her, two officers were injured, one sustaining a large softball size bruise to her kneecap. Once detained, Defendant refused to give her name to officers and instead told them, "F*** you."

During booking, Defendant was wearing a necklace of Santa Muerte, the patron saint of drug trafficking. She also has a large tattoo on her bicep of Santa Muerte and frequently posts pictures to her Facebook of Santa Muerte figurines. *See* Govt. Ex. 1. This is significant and concerning given her husband's alleged involvement in drug acquisition and financial transactions to Mexico. *See*, 1:25-cr-00291-AKB, ECF No. 21.

As part of this investigation, law enforcement traced illegal proceeds from the gambling operation to financial accounts belonging to Defendant's husband and her.[1] A sampling of 36 transactions from May to October between the years of 2023-2025, show a total of $17,000 in wagers from the illegal gambling events. For example, on July 28, 2025, was a transaction for $2,000 paid out for "hit #1 and hit #4 quiniela."[2] These transactions were across several financial applications, i.e. Zelle, Cash App, and Venmo. This is also just a small sample of financial transactions for Defendant's husband. Further review of Defendant and her husband's financials from December of 2022 through May of 2025, show the following deposits into their joint bank account:

- 58 ATM cash deposits totaling $66,092,

---

[1] Defendant and her husband have a joint bank account and therefore Defendant has access to the money in the account.

[2] The illegal gambling operation would use the term "hit" to describe a race heat. The word "Quiniela" is a Spanish/English (English spelling "Quinella") word that only refers to a specific type of wager that can be placed on horse races under the parimutuel system of betting.

ADDITIONAL FACTS IN SUPPORT OF UNITED STATES' MOTION FOR DETENTION - 2

- 296 deposits from Defendant's Venmo account totaling an estimated $133,361.53,

- 121 deposits from Defendant's Cash App totaling $63,218.11.

Defendant's husband also received 726 payments via Zelle for $298,156.67. Law enforcement is not aware of any employment for either Defendant or her husband.

Respectfully submitted this 29th day of October, 2025.

                BART M. DAVIS
                UNITED STATES ATTORNEY
                By:


                */s/ Kelsey Manweiler*
                Kelsey Manweiler
                Special Assistant United States Attorney