UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BEJARANO COLIN; IVAN TELLEZ; DAYANA FAJARDO; CESAR INIGUEZ OROZCO; and ALEJANDRO TORRES ESTRADA,<br><br>Defendants. | Case No. 1:25-cr-00291-AKB<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

The Court has before it Defendant Samuel Bejerano Colin's Motion to Continue Trial Readiness Conference and Trial (Dkt. 69). Defense counsel explains that he needs additional time to complete his investigation, review discovery, and prepare for trial. The Government does not oppose the motion.

The Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." The interests of justice in allowing the defense time for effective preparation outweighs the defendants' and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on **September 14, 2026, at 1:30 p.m.** at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the motion to continue and the new trial date is excludable time under the Speedy Trial Act.

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been granted in this case. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the Defendant moving for a continuance also applies to Defendants Ivan Tellez, Dayana Fajardo, Cesar Iniguez Orozco, and Alejandro Torres Estrada.

Accordingly, IT IS HEREBY ORDERED that the Motion to Continue Trial Readiness Conference and Trial (Dkt. 69) shall be, and the same is hereby **GRANTED**, and that the present trial date be **VACATED**, and that a new trial be set for **September 14, 2026, at 1:30 p.m.** in the United States Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the filing of the motion to continue and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be **VACATED**, and that a new trial readiness conference be conducted by telephone on **September 3, 2026, at 4:00 p.m. (mountain time)**. The Government shall place the call to (208) 334-9205 with opposing counsel on the line.

DATED: March 27, 2026

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL - 2**

IT IS FURTHER ORDERED that all pretrial motions, except motions in limine, shall be filed on or before **September 1, 2026**. Motions in limine shall be filed on or before **August 14, 2026**.