**ROB S. LEWIS**
**ATTORNEY AT LAW**
**913 W. RIVER STREET**
**BOISE, IDAHO 83702**
**P.O. BOX 1061**
**BOISE, IDAHO 83701**
**TELEPHONE (208) 395-0667**
**IDAHO STATE BAR #4848**

**ATTORNEY FOR DEFENDANT TORRES ESTRADA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1: 25-cr-00291-AKB** |
| **Plaintiff,** | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| **vs.** | ) | **CONTINUE TRIAL** |
| | ) | |
| **ALEJANDRO TORRES ESTRADA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

COMES NOW, ALEJANDRO TORRES ESTRADA, by and through his attorney of record, Rob S. Lewis and hereby motions this Court for an Order continuing the Jury Trial and motion deadline for the Defendant in the above-referenced matter. Jury Trial is currently scheduled to begin on September 14, 2026. This Motion is based upon the following grounds:

1.   Mr. Torres Estrada needs additional time to review newly disclosed discovery and contemplate the proposed plea agreement.

**UNOPPOSED MOTION TO CONTINUE TRIAL - 1**

2.    Counsel for the other defendants have been contacted, and they do not have an objection to the requested continuance.

3.    The government has no objection to the continuance.

4.    Mr. Torres Estrada has been advised of this request, and he has no objection.

Defense counsel respectfully requests a continuation of approximately 90 days from the current trial setting of September 14, 2026.

A continuance of approximately **ninety (90) days** from the present trial setting of September 14, 2026, would be reasonable and necessary, and necessary for counsel to provide constitutionally effective assistance of counsel.

A continuance is warranted under 18 U.S.C. § 3161 (h)(8)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant.... the reasonable time necessary for effective preparation..." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161 (h)(8)(A).

Defendant also requests a continuance of the Motions Deadline, on the same grounds as set forth above.

RESPECTFULLY SUBMITTED this 11th day of August 2026.

　　　　　　　　　　　　_/s/_Rob S. Lewis_____
　　　　　　　　　　　　ROB S. LEWIS

**UNOPPOSED MOTION TO CONTINUE TRIAL - 2**

CERTIFICATE OF MAILING

I, Sarah Marx, HEREBY CERTIFY that on the 11th day of August 2026, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Kelsey Manweiler                    ☐    U.S. Mail
Assistant United States Attorney
District of Idaho                   ☒    ECF Notification

                                    ☐    Overnight Mail

                                    ☐    Telecopy (Fax)

**UNOPPOSED MOTION TO CONTINUE TRIAL - 3**